Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2020**      X **/s/ Travis Frenzel**
                                      Signature of individual signing on behalf of debtor

                                      **Travis Frenzel**
                                      Printed name

                                      **Authorized Signatory**
                                      Position or relationship to debtor

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*............................................................................    $     0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................    $     4,148,613.16

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................    $     4,148,613.16

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     37,269,467.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     23,300.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     13,847,242.93

4.    **Total liabilities** ............................................................................................
     Lines 2 + 3a + 3b      $     51,140,009.93

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name **Flywheel Sports, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-12158**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Operating Account** | **1381** | $24,411.00 |
| 3.2. | **Wells Fargo** | **Deposit Account** | **1898** | $125,892.00 |
| 3.3. | **Peapack-Gladstone Bank** | **Prior operating account** | **4681** | $0.00 |
| 3.4. | **SunTrust Bank** | **Certificate of Deposit** | **9125** | $334,864.16 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $485,167.16 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | Security Deposit Held By Landlord Roseland/Stempel 21st Street Associates, L.L.C. | $1,000.00 |
|---|---|---|
| 7.2. | Security Deposit Held By Landlord Holly Management Corp. | $20,000.00 |
| 7.3. | Security Deposit Held By Landlord Flywheel 415 Greenwich LLC | $6,120.00 |
| 7.4. | Security Deposit Held By Landlord Beacon Operating LLC | $42,000.00 |
| 7.5. | Security Deposit Held By Landlord BP Prucenter Acquisition LLC | $33,000.00 |
| 7.6. | Security Deposit Held By Landlord 1647 Wells LLC | $16,783.00 |
| 7.7. | Security Deposit Held By Landlord Purdy Partners 1919, LLC | $28,875.00 |
| 7.8. | Security Deposit Held By Landlord Hardscrabble Commons LLC | $6,500.00 |
| 7.9. | Security Deposit Held By Landlord Needar LLC | $16,500.00 |
| 7.10. | Security Deposit Held By Landlord Pearson Properties - Cainhoy 1, LLC | $10,267.00 |
| 7.11. | Security Deposit Held By Landlord ARD 1521 Locust, LP | $4,000.00 |
| 7.12. | Security Deposit Held By Landlord Twenty Three R.P. Associates | $750,000.00 |
| 7.13. | Security Deposit Held By Landlord 245 West 17th Street Property Investors II, LLC | $55,000.00 |
| 7.14. | Security Deposit Held By Landlord CRT ACP, LLC | $26,000.00 |

| 7.15. | **Security Deposit Held By Landlord One Superior Owner LLC** | **$107,707.00** |

| 7.16. | **Security Deposit Held By Landlord L&B CIP Glades Plaza LLC** | **$12,000.00** |

| 7.17. | **Security Deposit Held By Landlord BRE Properties Inc.** | **$11,739.00** |

| 7.18. | **Security Deposit Held By Landlord 224 WAN LLC** | **$15,955.00** |

| 7.19. | **Letter of Credit - Family Health International (Landlord)** | **Unknown** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $1,163,446.00
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11b. Over 90 days old:    **1,071,073.00**  -  **1,071,073.00**  =....    **$0.00**
                                face amount           doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                          $0.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1.  **Flywheel Astor Place LLC** | **100** | % | Unknown |
| 15.2.  **Flywheel Buckhead LLC** | **100** | % | Unknown |
| 15.3.  **Flywheel CCDC, LLC** | **100** | % | Unknown |
| 15.4.  **Flywheel Denver Union Station, LLC** | **100** | % | Unknown |
| 15.5.  **Flywheel Domain LLC** | **100** | % | Unknown |
| 15.6.  **Flywheel NM LLC** | **100** | % | Unknown |
| 15.7.  **Flywheel Park Avenue LLC** | **100** | % | Unknown |
| 15.8.  **Flywheel Playa Vista, LLC** | **100** | % | Unknown |
| 15.9.  **Flywheel San Francisco, LLC** | **100** | % | Unknown |
| 15.10.  **Flywheel Santa Monica, LLC** | **100** | % | Unknown |
| 15.11.  **Flywheel Sports Scottsdale, LLC** | **100** | % | Unknown |
| 15.12.  **Flywheel Topanga LLC** | **100** | % | Unknown |
| 15.13.  **Flywheel Walnut Creek LLC** | **100** | % | Unknown |
| 15.14.  **Flywheel Williamsburg LLC** | **100** | % | Unknown |

Debtor **Flywheel Sports, Inc.** Case number *(If known)* **20-12158**
<br>Name

15.15.  **Flywheel Middle East**   **50** %   Unknown

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**   **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies **Retail Inventory** | | Unknown | | Unknown |

23.   **Total of Part 5.**   **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **Office Furniture/Kitchen Appliances** | Unknown | | Unknown |
| 40.   **Office fixtures** <br> **Office Fixtures** | Unknown | | Unknown |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office equipment, computers, audio systems, software** | Unknown | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | |
|---|---|
| 43.   **Total of Part 7.** <br> Add lines 39 through 42. Copy the total to line 86. | **$0.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|      47.1.   **Leased 2017 Mercedes Benz Sprinter Van** | Unknown | | Unknown |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> **Studio Spin Bikes** | Unknown | | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**51.** **Total of Part 8.**

      Add lines 47 through 50. Copy the total to line 87.      **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **39 West 21st Street, New York, NY 10010 (Leased Studio)** | Lease | Unknown | | Unknown |
| 55.2. **150 Amsterdam Avenue, New York, NY 10023 (Leased Studio)** | Lease | Unknown | | Unknown |
| 55.3. **203 East 60th Street, New York, NY 10022 (Leased Studio)** | Lease | Unknown | | Unknown |
| 55.4. **826 Scarsdale Avenue, Scarsdale, NY 10583 (Leased Studio)** | Lease | Unknown | | Unknown |
| 55.5. **415 Greenwich St., New York, NY 10013 (Leased Studio)** | Lease | Unknown | | Unknown |
| 55.6. **2130 Broadway, New York, NY 10023 (Leased Studio)** | License Agmt/Lease | Unknown | | Unknown |

| 55.7. | 201 East 67th Street, New York, NY 10065 (Leased Studio) | Lease | Unknown | | Unknown |
|---|---|---|---|---|---|
| 55.8. | 800 Boylston Street, Suite 1900, Boston, MA 02199 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.9. | 1653 North Wells Street, Chicago, IL 60614 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.10. | 1919 Purdy Ave, Miami Beach, FL 33139 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.11. | 65 Montauk Highway, Suite C, East Hampton, NY 11937 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.12. | 351 Millburn Avenue, Millburn, NJ 07041 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.13. | 2907 Providence Road, Suites 103 and 104, Charlotte, NC 28211 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.14. | 402 Oberlin Rd #104, Raleigh, NC 27605 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.15. | 1521 Locust Street, Philadelphia, PA 19102 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.16. | 1875 Connecticut Ave. NW, Washington, DC 20009 (Leased Studio) | Lease | Unknown | | Unknown |
| 55.17. | 53-7 West 23rd Street, New York, NY 10010 (Leased Corp. HQ) | Lease | Unknown | | Unknown |

| | | | | |
|---|---|---|---|---|
| 55.18. | **245 W. 17th Street, New York, NY 10011 (Leased Studio)** | Lease | Unknown | Unknown |
| 55.19. | **1180 West Peachtree St. NW, #106, Atlanta, GA 30309 (Leased Studio)** | Lease | Unknown | Unknown |
| 55.20. | **710 N. State St., Chicago, IL 60654 (Leased Studio)** | Lease | Unknown | Unknown |
| 55.21. | **Storage Unit Lease - Treasure Island** | Storage Unit Lease | Unknown | Unknown |
| 55.22. | **Storage Unit Lease - Bergen Shippers Corp** | Leased Storage Unit | Unknown | Unknown |
| 55.23. | **Storage Unit Lease - XPO Last Mile, Inc.** | Leased Storage Unit | Unknown | Unknown |
| 55.24. | **Storage Unit Lease - Panurgy OEM** | Leased Storage Unit | Unknown | Unknown |

56.   **Total of Part 9.**                                                           **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademarks** | Unknown | | Unknown |

61.    **Internet domain names and websites**
       www.flywheelsports.com                          Unknown                              Unknown

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       Customer list                                   Unknown                              Unknown

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ☑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **Philadelphia Insurance Co. - Auto Policy**                                         Unknown

       **Philadelphia Insurance Co. - Commercial Lines Policy**                             Unknown

       **The Hartford - Workers' Compensation Policy**                                      Unknown

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **American Express Credit Card Holdback**                        $1,500,000.00

      **Bank of America Credit Card Holdback**                         $1,000,000.00

78.   **Total of Part 11.**                                           | $2,500,000.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $485,167.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,163,446.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,148,613.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,148,613.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name **Flywheel Sports, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-12158**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cortland Capital Market Svcs.** | | |
|---|---|---|---|

Creditor's Name

**225 W. Washington St. 9th Floor Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/15/18**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Substantially all of the Debtor's assets**

**Describe the lien**
**Borrower under Credit Agreement dated as of June 15, 2018**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$37,269,467.00**    Column B: **Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Expeditors International of WA** | | |
|---|---|---|---|

Creditor's Name

**150 Raritan Center Parkway Edison, NJ 08837**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Spin Bikes**

**Describe the lien**
**UCC-1 Financing Stmt**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **Unknown**    Column B: **Unknown**

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☒ No | Check all that apply | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.3 | **Susquehanna Commercial Finance** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|-----|-----|-----|-----|-----|
| | Creditor's Name | **Kitchen Appliances** | | |

**2 Country View Rd, Ste 100 Malvern, PA 19355**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Stmt**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Webbank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|-----|-----|-----|-----|-----|
| | Creditor's Name | **Computer Equipment and Software** | | |

**6440 S. Wasatch Blvd, Ste 300 Salt Lake City, UT 84121**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Stmt**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$37,269,467. 00** |
|----|-----|-----|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | Flywheel Sports, Inc. | Case number (if known) | 20-12158 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Holland & Knight LLP**<br>**Attn: Joshua M. Spencer, Esq.**<br>**31 W 52nd St., 12th Floor**<br>**New York, NY 10019** | Line  2.1 | |

Debtor name **Flywheel Sports, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-12158**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,296.00 | $3,296.00 |
| | **City of Boston**<br>**Office of Collector of Taxes**<br>**Box 55810**<br>**Boston, MA 02205** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| | **City of Chicago, Dept of Finan**<br>**121 N Lasalle Street**<br>**Room 800**<br>**Chicago, IL 60602** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     37620     Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,705.00 | $3,705.00 |
|---|---|---|---|---|
| | **City of Seattle**<br>**PO Box 34017**<br>**Seattle, WA 98124-1017** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.00 | $466.00 |
|---|---|---|---|---|
| | **Fulton County Tax Commissioner**<br>**141 Pryor St SW 1085**<br>**Atlanta, GA 30303** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|
| | **Incorporated Vill. of E. Hampton**<br>**86 Main St**<br>**East Hampton, NY 11937** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,406.00 | $0.00 |
|---|---|---|---|---|
| | **King County Treasury**<br>**500 4th Ave**<br>**Ste 600**<br>**Seattle, WA 98104** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,973.00 | $3,973.00 |
|---|---|---|---|---|

**Miami-Dade Cty Tax Collector**
**200 NW 2nd Avenue**
**Miami, FL 33128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Seattle-Dept Trans.**
**P.O. Box 34996**
**Seattle, WA 98124-4996**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.00 | $793.00 |
|---|---|---|---|---|

**Town of Highland Park**
**4700 Drexel Drive**
**Highland Park, TX 75205-3107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $971.00 | $971.00 |
|---|---|---|---|---|

**Travis County Tax Office**
**PO Box 149328**
**Austin, TX 78714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | | |
|---|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $261,934.00 |
| | **1151 Third Avenue LLC**<br>**c/o Acadia Rlty Trust-Lgl Dept**<br>**1311 Mamaroneck Ave, Suite 260**<br>**White Plains, NY 10605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **3/27/14** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $318,380.00 |
| | **150 Amsterdam Avenue Holdings**<br>**600 Lexington Avenue, 14th fl**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **4/18/2013** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $74,879.00 |
| | **1647 Wells LLC**<br>**c/o Donald Goldstein**<br>**1653 North Wells Street**<br>**Chicago, IL 60614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **4/15/2013** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ■ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $121,177.00 |
| | **224 WAN LLC**<br>**1904 Third Avenue, Suite 806**<br>**Seattle, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **9/24/2011** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ■ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $248,571.00 |
| | **245 West 17th St Prop Investor**<br>**c/o Savanna RE Fund - K. Hoo**<br>**10 East 53rd Street, 37th Fl.**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **10/9/13** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ■ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $20,983.00 |
| | **284 Partners, LLC**<br>**215 E Washington St**<br>**Ste 201**<br>**Ann Arbor, MI 48104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **Consultant** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $132,792.00 |
| | **3rd & 60th Associates LP**<br>**c/o Olshan Prop. - Lease Admin**<br>**5500 New Albany Road East**<br>**New Albany, OH 43054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  **2/28/2014** | **Basis for the claim:**  **Lease** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,463.00 |

**Accountemps**
**12400 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,866.00 |

**ADR 1521 Locust, L.P.**
**Attn: Allan Domb**
**1845 Walnu St., Suite 2200**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2012**

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,840.00 |

**AireSpring, Inc.**
**1801 W Olympic Blvd.**
**File 1422**
**Pasadena, CA 91199-1422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,098.00 |

**Akamai Technologies, Inc**
**P.O. Box 26590**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,690.00 |

**Alala LLC**
**401 Broadway**
**Apt 2001**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**Alison Brod Marketing + Comm.**
**373 Park Ave S., 4th Fl**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consultant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.46 |

**Alison Cohen**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
|---|---|---|---|

**Alpine Disposal Inc**
**3301 Benson Drive**
**Ste 601**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,150.00** |
|---|---|---|---|

**Amazon Advertising LLC**
**PO Box 24651**
**Seattle, WA 98124-0651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,726.00** |
|---|---|---|---|

**Amazon Web Services**
**410 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,337.00** |
|---|---|---|---|

**Amazon.com**
**PO Box 530958**
**Atlanta, GA 30353-0958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,430.00** |
|---|---|---|---|

**American Direct Logistics LLC**
**40 Queens St**
**#692**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.00** |
|---|---|---|---|

**American Eagle Pest Control**
**5257 NW 198 Terrace**
**Miami Gardens, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,691.04** |
|---|---|---|---|

**American Express**
**Cps Remittance Processing**
**20500 Belshaw Ave**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Credit Card

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,764.00 |
|---|---|---|---|

**American Express**
**Cps Remittance Processing**
**20500 Belshaw Ave**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,451.00 |
|---|---|---|---|

**American Mechanical Services of Maryland**
**13300 Mid Atlantic Blvd**
**Montpelier, MD 20708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**American Red Cross**
**25688 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flywheel Ride Partnership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.87 |
|---|---|---|---|

**Anais Marin**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.09 |
|---|---|---|---|

**Antonio Waldo**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,326.00 |
|---|---|---|---|

**AP Sunset Harbour, LP**
**444 Brickell Avenue**
**Suite 201**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346,898.00 |
|---|---|---|---|

**Aramark Uniform & Career Apparel Group,**
**2680 Palumbo Drive**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$905.00** |
|---|---|---|---|
| | **Arista A/C Corp**<br>**38-26 Tenth Street**<br>**Long Isl. City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|
| | **Ashli M Katz**<br>**1340 Lincoln Rd**<br>**Apt 801**<br>**Miami Beach, FL 33139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$301.00** |
|---|---|---|---|
| | **AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197-5014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Utilities** | |
| | Last 4 digits of account number **4180** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.00** |
|---|---|---|---|
| | **Atmos Energy**<br>**P.O. Box 790311**<br>**St. Louis, MO 63179-0311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,786.00** |
|---|---|---|---|
| | **Automated Building Management Systems, I**<br>**54 Cherry Lane**<br>**Floral Park, NY 11001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,262.00** |
|---|---|---|---|
| | **Bazaarvoice, Inc.**<br>**P.O. Box 671654**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,738.00** |
|---|---|---|---|
| | **BDO USA, LLP**<br>**100 Park Ave**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Advisor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $130,153.00 |
|---|---|---|---|
| | **Beacon Operating LLC**<br>**2130 Broadway**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **License Agreement/Lease**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $144,000.00 |
|---|---|---|---|
| | **Belcarra Retail**<br>**P.O. Box 39000**<br>**Dept 34563**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $28,398.00 |
|---|---|---|---|
| | **Bergen Shippers Corp**<br>**461 From Rd**<br>**Ste 255**<br>**Paramus, NJ 07652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $172,000.00 |
|---|---|---|---|
| | **Best Buy**<br>**7601 Penn Ave. S.**<br>**Richfield, MN 55423-3645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $281.00 |
|---|---|---|---|
| | **Bieri & Ames**<br>**660 Woodward Ave**<br>**Suite 1500**<br>**Detroit, MI 48226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawyer / Advisor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $7,316.00 |
|---|---|---|---|
| | **Bigart-Ecosystems LLC (dba Wisetail)**<br>**212 S Wallace Ave**<br>**Suite 2B**<br>**Bozeman, MT 59715** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $381.00 |
|---|---|---|---|
| | **BMI**<br>**PO Box 630893**<br>**Cincinnati, OH 45263-0893** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **IP Licensor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,067.00 |
|---|---|---|---|

**BP Prucenter Acquisition LLC**
**800 Boylston Street**
**Suite 1900**
**Boston, MA 02199-8103**

Date(s) debt was incurred __2/23/2013__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,000.00 |
|---|---|---|---|

**BRE Properties, Inc.**
**c/o Wallace Properties**
**330 112th Ave., PO Box 4184**
**Bellevue, WA 98009**

Date(s) debt was incurred __10/15/2011__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,887.00 |
|---|---|---|---|

**BRE Properties, Inc.**
**PO Box 39000**
**Dept 34563**
**San Francisco, CA 94139**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,038.00 |
|---|---|---|---|

**Bright Pattern Inc**
**1250 Bayhill Dr.**
**Suite 101**
**San Bruno, CA 94066**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,903.00 |
|---|---|---|---|

**Briscoe Protective Systems, Inc.**
**99 Mark Tree Road**
**Suite 201**
**Centereach, NY 11720-2276**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,335.00 |
|---|---|---|---|

**Brite Building Services Inc.**
**105 Maxess Rd**
**Ste 124**
**Elville, NY 11747**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.28 |
|---|---|---|---|

**Brooke Connors**
**Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,871.00 |
|---|---|---|---|

**Canada Dry**
PO Box 403685
DE Valley Bot. Co PA Ctr. City
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,730.00 |
|---|---|---|---|

**Canada Dry Potomac**
PO BOX 404925
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,246.00 |
|---|---|---|---|

**Canada Dry Potomac**
PO Box 404925
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**CAP Barbell Inc**
10820 Westpark Dr
Houston, TX 77042

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.00 |
|---|---|---|---|

**Carr Business Systems, Inc.**
PO Box 28330
New York, NY 10087-8330

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.00 |
|---|---|---|---|

**CDW Direct LLC**
PO Box 75723
Chicago, IL 60675

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.00 |
|---|---|---|---|

**Certified Flameproofing Corporation**
17 North Ingelore Court
Smithtown, NY 11787

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,830.00 |
|---|---|---|---|
| | **Charhon Callahan Robson & Garza PLLC**<br>3333 Lee Pkwy<br>Ste 460<br>Dallas, TX 75219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Lawyer / Advisor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Charlotte Alarm Management Service**<br>PO Box 602486<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,208.00 |
|---|---|---|---|
| | **CHLIC**<br>PO Box 644546<br>Pittsburgh, PA 15264-4546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Healthcare Ins. Provider__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.00 |
|---|---|---|---|
| | **Choice Beverage USA Inc**<br>PO Box 40<br>Lowell, NC 28098 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,960.00 |
|---|---|---|---|
| | **Chris Long Foundation**<br>100 S. Brentwood Blvd<br>Ste 500<br>St Louis, MO 63105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Flywheel Ride Partnership__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,711.00 |
|---|---|---|---|
| | **Cigna Behavioral Health, Inc**<br>P.O. Box 1450 NW 7307<br>Minneapolis, MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Healthcare Ins. Provider__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,034.00 |
|---|---|---|---|
| | **Cisco Systems Capital Corporation**<br>P.O. Box 742927<br>Los Angeles, CA 90074-2927 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**Citiwide Self Storage**
**45-55 Pearson Street**
**Long Isl. City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**Citiwide Self Storage**
**45-55 Pearson Street**
**Long Isl. City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.00 |
|---|---|---|---|

**City Expeditor, Inc.**
**25 West 26th St, 2nd Fl**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.00 |
|---|---|---|---|

**City of Miami Beach, FL - Parking Permit**
**1700 Convention Center**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Permit

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,745.00 |
|---|---|---|---|

**City of Scottsdale**
**7447 E Indian School Rd**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Permit

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.00 |
|---|---|---|---|

**Clearview Building Services**
**6440 SW 42nd St**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.00 |
|---|---|---|---|

**Club Purchasing Service, Inc.**
**403 County Road**
**Unit 3**
**Cliffwood, NJ 07721-4500**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|
| | **Comcast**<br>**P.O. Box 34744**<br>**Seattle, WA 98124-1744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|
| | **Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|
| | **Comcast**<br>**P.O. Box 1577**<br>**Newark, NJ 07101-1577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.00 |
|---|---|---|---|
| | **Comcast**<br>**700 Dresher Rd**<br>**Horsham, PA 19044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|
| | **Commercial Lighting Industries**<br>**81161 Indio Blvd**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.00 |
|---|---|---|---|
| | **Commonwealth Packaging Co**<br>**5490 Linglestown Road**<br>**Harrisburg, PA 17112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.00 |
|---|---|---|---|
| | **ConEdison**<br>**JAF Station PO Box 1702**<br>**New York, NY 10116-1702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$991.00** |
|---|---|---|---|

**ConEdison**
**Jaf Station, P.O. Box 1702**
**New York, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$472.00** |
|---|---|---|---|

**Consolidated Graphics Communications**
**PO Box 645631**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,454.00** |
|---|---|---|---|

**Corporation Service Company**
**2711 Centerville Road**
**Suite 400**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,007.26** |
|---|---|---|---|

**Courtney Mayer**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,593.00** |
|---|---|---|---|

**Coverall North America Inc**
**2955 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,928.00** |
|---|---|---|---|

**Creative Circle LLC**
**PO Box 74008799**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,377.00** |
|---|---|---|---|

**Crescent Cameron Venture 1 LLC**
**Attn:Cameron Village Prop.Mngr**
**227 W. Trade Street, Ste. 1000**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/5/2012**

**Last 4 digits of account number** _

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,753.00 |
|---|---|---|---|

**CRT ACP, LLC**
**1180 W. Peachtree Street NW**
**Suite 2250, Attn: Prop. Mngr.**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/8/2013**

**Basis for the claim:** **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**CVS Pharmacy Inc**
**83649 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.00 |
|---|---|---|---|

**Dale Electronics Corp**
**148-04 95th Ave**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**David Seldin**
**1571 Oceanview Dr**
**Tierra Verde, FL 33715**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Consulting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Decoded Advanced Media LLC**
**40 Exchange Pl**
**Ste 1500**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,159.00 |
|---|---|---|---|

**Department of Labor and Industries**
**PO Box 34022**
**Seattle, WA 98124-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,786.00 |
|---|---|---|---|

**DFX Sound Vision**
**465 E Taunton Ave**
**Suite 108**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,148.00 |
|---|---|---|---|

**DGA Security Systems, Inc.**
**429 West 53rd Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,693.00 |
|---|---|---|---|

**District Central Station LLC**
**140 S. Columbus Ave**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,069.00 |
|---|---|---|---|

**Dominion Mechanical Contractors, Inc**
**5265 Port Royal Road**
**Suite 100**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.00 |
|---|---|---|---|

**Duke Energy**
**P.O. Box 70516**
**Charlotte, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.54 |
|---|---|---|---|

**Edgar Camacho**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**EK Beverage Company**
**Snowcap Foods**
**22145 68th Ave S**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.00 |
|---|---|---|---|

**EK Beverage Company**
**Snowcap Foods**
**22145 68th Ave S**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.58 |
|---|---|---|---|

**Elizabeth Lang**
**Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,750.00 |
|---|---|---|---|

**Elmsford Elite Laundry, LLC**
**399A Executive Blvd**
**Elmsford, NY 10523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Employment Development Dept.**
**P.O. Box 989061**
**West Sacramento, CA 95798-9061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**Employment Security Dept.**
**UI Tax Administration**
**PO Box 34949**
**Seattle, WA 98124-1949**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,656.00 |
|---|---|---|---|

**Estes Forwarding Worldwide, LLC**
**P.O. Box 26206**
**Richmond, VA 23260**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Exact Meter Reading Corp.**
**408 E 17th Street**
**Bronx, NY 10457**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,198.00 |
|---|---|---|---|

**Excelym, LLC**
**2300 Jane Ln**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,664.00 |
|---|---|---|---|

**Exclaimer Ltd**
**9-11 Alexandra Rd.**
**FarnbouroughHa., UK GU14 6BU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,354.00 |
|---|---|---|---|

**Expeditors Int'l of Washington**
**150 Raritan Center Pkwy**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,908.00 |
|---|---|---|---|

**Falcon Engineered Security Solutions Inc**
**P.O. BOX 740643**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,387.00 |
|---|---|---|---|

**Family Health International**
**Attn: Christy McFall**
**1825 Connecticut Ave. NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/25/14**

Last 4 digits of account number _

Basis for the claim: **Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,624.00 |
|---|---|---|---|

**FedEx**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.00 |
|---|---|---|---|

**FedEx Office and Print Services Inc**
**PO Box 672085**
**Dallas, TX 75267-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,724.00 |
|---|---|---|---|

**Filco Carting Corp**
**197 Snediker Ave**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.00 |

**Florida State Security, Inc.**
**6221 Pembroke Road**
**Hollywood, FL 33023**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,640.00 |

**Flywheel 415 Greenwich LLC**
**263 13th Ave. South, Suite 340**
**Suite 340**
**St Petersburg, FL 33701**

Date(s) debt was incurred __8/7/2013__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,404.00 |

**Flywheel Digital LLC**
**1801 Porter St.**
**#300**
**Baltimore, MD 21230**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.00 |

**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,191.16 |

**Francesca Brucato**
**Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Francesca Wilby**
**678 E Walnut Street**
**Unit 315**
**Pasadena, CA 91101**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |

**Friends of Facing Hist. School**
**1838 Mohegan Ave**
**Bronx, NY 10460**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Flywheel Ride Partnership__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | **$402.00** |

**Frontier Communications**
PO Box 740407
Cincinnati, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number  **9145**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | **$81.00** |

**Frontier Communications**
PO Box 740407
Cincinnati, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number  **5125**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | **$1,200.00** |

**GBT US LLC**
Attn: Travel A/R
14635 N Kierland Blvd.
Phoenix, AZ 85254

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | **$360.00** |

**GFL Environmental**
3301 Benson Dr
Ste 601
Raleigh, NC 27609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | **$4,016.00** |

**Giannuzzi Group LLP**
411 W 14th St
4th fl
New York, NY 10014

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | **$2,074.00** |

**Gleason & Elfering**
1246 Karl Ct
Wauconda, IL 60084

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | **$8,595.00** |

**Global Facility Management & Constructio**
545 Broadhollow Road
Suite 100
Melville, NY 11747

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,263.00 |
|---|---|---|---|

**Global Music Rights LLC**
**1100 Glendon Avenue**
**#2000**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IP Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,900.00 |
|---|---|---|---|

**Glory Star Group Ltd**
**Flat D,5/F, Excelsior Bldg**
**364 Nathan Road**
**Jordan, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.00 |
|---|---|---|---|

**GOAT HOLDINGS, LLC dba**
**MOTOSPORT.COM, LL**
**1678 Redstone Center Dr**
**Apt 210**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,797.00 |
|---|---|---|---|

**Grainger**
**Dept 877914242**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,935.00 |
|---|---|---|---|

**Granite Telecommunications -**
**100 Newport Ave Ext.**
**Quincy, MA 02171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0847**

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,976.00 |
|---|---|---|---|

**Greenberg Traurig, LLP**
**1840 Century Park East**
**Ste 1900**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawyer / Advisor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,730.00 |
|---|---|---|---|

**Greenhouse Software**
**P.O. Box 392683**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**GS1 US**
Dept 781271
P.O. Box 78000
Detroit, MI 48278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$606.00** |
|---|---|---|---|

**GTT Communications**
PO Box 842630
Highland Park, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hailey Keen**
Redacted

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Severance Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.16** |
|---|---|---|---|

**Hailey Robledo**
Redacted

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,338.00** |
|---|---|---|---|

**Hardscrabble Commons LLC**
65 Montauk Hihgway, Suite A
East Hampton, NY 11937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2010**
Last 4 digits of account number __

Basis for the claim: **Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,722.00** |
|---|---|---|---|

**Harrow Sports**
600 W. Bayaud Ave
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,761.00** |
|---|---|---|---|

**Hewlett-Packard Financial Services Co.**
P.O. Box 402582
Atlantas, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$489.00** |
|---|---|---|---|

**Hi-Tech Security Services, Inc.**
**PO Box 428**
**Suffern, NY 10901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,301.00** |
|---|---|---|---|

**Hoffmann Marshall Strong LLP**
**116 W 23rd St**
**Ste 500**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lawyer / Advisor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,885.00** |
|---|---|---|---|

**Holland & Knight LLP**
**31 West 52nd Street**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lawyer / Advisor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,342.00** |
|---|---|---|---|

**Hollman Inc.**
**1825 W Walnut Hill Lane**
**#110**
**Irving, TX 75038**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,278.00** |
|---|---|---|---|

**Holly Management Corp.**
**12 Frontage Street**
**Elmsford, NY 10523**

Date(s) debt was incurred  __7/31/2012__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.64** |
|---|---|---|---|

**Holly Rilinger**
**Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,847.00** |
|---|---|---|---|

**HotSchedules.com, Inc**
**P.O. Box 848472**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Icon Health & Fitness, Inc**
**1500 S 1000 W**
**Logan, UT 84321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,400.00 |
|---|---|---|---|

**Icon Interactive**
**220 Felch Street**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,781.00 |
|---|---|---|---|

**Imperial Dade**
**255 Route 1 & 9**
**Jersey City, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,143.00 |
|---|---|---|---|

**Innovative Mechanical Inc**
**80  Tanforan Ave**
**#7 SO**
**San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,267.00 |
|---|---|---|---|

**Intelligent Management Solutions, LLC**
**4400 Bayou Blvd.**
**Suite 6**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,565.00 |
|---|---|---|---|

**Iron Mountain Inc.**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.01 |
|---|---|---|---|

**Isabella Moreno**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.00 |
|---|---|---|---|

**J&B Importers Inc**
**PO Box 161859**
**Miami, FL 33116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,250.00 |
|---|---|---|---|

**Jackson Walker LLP**
**2323 Ross Ave**
**Ste 600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawyer / Advisor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.03 |
|---|---|---|---|

**Jason Morss**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.16 |
|---|---|---|---|

**Jenny Roberts**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 |
|---|---|---|---|

**Jersey Central P&L - First Energy**
**P.O. Box 3687**
**Akron, OH 44309-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.65 |
|---|---|---|---|

**Jessica Conners**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Joseph Teegardin**
**84 Havermeyer Street**
**Apt 16**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,353.99 |
|---|---|---|---|

**Julie Albanese**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,876.00 |
|---|---|---|---|

**Kapnag Heating & Plumbing Corp**
**109 W 38th St**
**Ste 801**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.72 |
|---|---|---|---|

**Kasey Lacore**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861.83 |
|---|---|---|---|

**Katie Gottfried**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,406.00 |
|---|---|---|---|

**King County Treasury**
**500 4th Ave**
**Ste 600**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272,762.00 |
|---|---|---|---|

**L&B CIP Glades Plaza LLC**
**302 Datura Street**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _6/30/2010_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**LADWP**
**P.O. Box 30808**
**Los Angeles, CA 90030-0808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.23 |
|---|---|---|---|

**Lawrence Beyer**
**Redacted**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,896.00 |
|---|---|---|---|

**LAZ Karp Associates LLC**
**15 Lewis Street**
**Hartford, CT 06103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,878.00 |
|---|---|---|---|

**Leason Ellis LLP**
**One Barker Ave**
**5th Fl**
**White Plains, NY 10601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lawyer / Advisor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,515.00 |
|---|---|---|---|

**Lennox National Accounts**
**P.O. Box 731627**
**Dallas, TX 75373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lew Frankfort**
**Benvolio Group LLC**
**3 Columbus Circle, 21st fl.**
**New York, NY 10019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Indemnity**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,507.00 |
|---|---|---|---|

**Life Fitness**
**9525 Bryn Mawr Ave**
**Rosemont, IL 60018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**Live X, Inc**
**483 10th Avenue**
**Suite 210**
**New York, NY 10018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.00** |
|---|---|---|---|

**LJ Security**
**P.O. Box 206**
**Glenwood, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,975.00** |
|---|---|---|---|

**Logomotion**
**265 East 66th St**
**Ste 5G**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.00** |
|---|---|---|---|

**Long Building Technologies, Inc**
**5001 S. Zuni Street**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.58** |
|---|---|---|---|

**Luana Perez**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Wages__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,245.00** |
|---|---|---|---|

**Lululemon USA Inc**
**250H St**
**PMB 5000**
**Laine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,376.00** |
|---|---|---|---|

**Mad Dogg Athletics, Inc.**
**2111 Narcissus Court**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,580.00** |
|---|---|---|---|

**Malin & Goetz Inc**
**330 Seventh Ave**
**Floor 21**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,160.00** |
|---|---|---|---|

**Manhattan Fruit Exchange**
**448 West 16th St**
**New York, NY 10011-7083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,073.17** |
|---|---|---|---|

**Mary Stunja**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,446.04** |
|---|---|---|---|

**Mary Todd**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$576.00** |
|---|---|---|---|

**Mass Movement Inc**
**65 Green Street**
**Suite 1**
**Foxboro, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,438,728.00** |
|---|---|---|---|

**McKool Smith**
**300 W. 6th Street**
**Suite 1700**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawyer / Advisor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,171.00** |
|---|---|---|---|

**MediaNet, Inc**
**2401 Elliot Ave**
**Ste 300**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,697.00** |
|---|---|---|---|

**Mercedes - Benz Manhattan Inc**
**770 11th Avenue**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vehicle Lease__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.190 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$24,900.00** |

**Mercury Thread LLC**
**18 Bird St**
**East Walpole, MA 02032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.191 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$85,645.00** |

**Meritus Intelytics Private Limited**
**Gutenberg IT Park, 2 fl.**
**KondapurHydera., India 00050-0084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.192 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$1,250.00** |

**Metropolis Group Inc**
**22 Cortland Street**
**10th Floor**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.193 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$316,979.00** |

**mGage, LLC**
**16233 Kenyon Ave**
**Suite 130**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.194 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,002.27** |

**Michael Piscadlo**
**Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.195 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$784.00** |

**Microsoft Corporation**
**PO Box 847833**
**Dallas, TX 75284-7833**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$18.00** |

**Miguel Cepeda**
**81 Park Avenue**
**East Orange, NJ 07017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Monoprice Inc**
**PO Box 740417**
**Los Angeles, CA 90074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,580.00 |
|---|---|---|---|

**Movable Inc**
**PO Box 200338**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**Mutual of Omaha**
**PO Box 2147**
**Omaha, NE 68103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,327.00 |
|---|---|---|---|

**Myriad Supply Company**
**22 West 19th St**
**4th Fl**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.57 |
|---|---|---|---|

**Natalie Cohen**
**Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.00 |
|---|---|---|---|

**Nathan Bright Architect**
**68 Jay Street**
**#322**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,500.00 |
|---|---|---|---|

**Needar LLC**
**c/o Nalitt**
**75 Main Street, Suite 202**
**Millburn, NJ 07041**

Date(s) debt was incurred  __1/21/2011__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$288.00** |
|---|---|---|---|

**NeoFunds by Neopost**
**PO BOX 6813**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,437.00** |
|---|---|---|---|

**NetGym Corporation**
**39 Shively Road**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156,776.00** |
|---|---|---|---|

**Netsuite, Inc.**
**Oracle America, Inc.**
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**New Jersey American Water**
**P.O. Box 371331**
**Pittsburgh, PA 15250-7331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,636.00** |
|---|---|---|---|

**New Tech Mechanical Systems, Inc**
**25A Moffitt Blvd**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52.00** |
|---|---|---|---|

**Niagara Cycle.com**
**2045 Niagara Falls Blvd**
**Niagara Falls, NY 14304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,229.00** |
|---|---|---|---|

**NYC Fire Department**
**Church St Station**
**P.O. Box 840**
**New York, NY 10008-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.00 |
|---|---|---|---|

**Olympic II Mall Services**
**P.O. BOX 19930**
**Fountain Hills, AZ 85269**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,806.00 |
|---|---|---|---|

**One Superior Owner LLC**
**c/o Riverstone Residential OSP**
**1 W. Superior Street**
**Chicago, IL 60654**

Date(s) debt was incurred  3/21/2011

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,980.00 |
|---|---|---|---|

**OnePoint Technologies, Inc**
**3380 Trickum Road**
**#300-100**
**Woodstock, GA 30188**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Open Realty Advisors**
**2305 Cedar Springs Rd**
**Ste 100**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**Ops On Tap, LLC**
**P.O. Box 188**
**Stinson Beach, CA 94940**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**Oracle America, Inc**
**500 Oracle Parkway**
**Redwood Shores, CA 94605**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,117.00 |
|---|---|---|---|

**PagerDuty, Inc.**
**Dept. 3817**
**PO Box 123817**
**Dallas, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,823.00 |
|---|---|---|---|

**PanurgyOEM**
**701 Ford Road**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535,250.00 |
|---|---|---|---|

**Patterson Belknap Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, NY 10036-6710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lawyer / Advisor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,882.00 |
|---|---|---|---|

**Paulson-Cheek Mechanical Inc**
**6145 Northbelt Parkway**
**Suite F**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,377.00 |
|---|---|---|---|

**PBOne Cameron LP c/o York Properties**
**2108 Clark Ave**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707,500.00 |
|---|---|---|---|

**Peapack Gladstone (PPP loan)**
**P.O. Box 700**
**Bedminster, NJ 07921-1538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __PPP Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,578.00 |
|---|---|---|---|

**Peapack-Gladstone Bank**
**P.O. Box 700**
**Bedminster, NJ 07921-1538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Bank Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.00 |
|---|---|---|---|

**Pedro Guerrero**
**3229 Tibbett Ave**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Corp. Credit Card Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,660.00 |
|---|---|---|---|

**Peloton**
125 W 25th St.
11th Fl
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Peoples Gas**
P.O. Box 19100
Green Bay, WI 54307-9100

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Peoples Gas**
P.O. Box 19100
Green Bay, WI 54307-9100

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,907.00 |
|---|---|---|---|

**Philadelphia Insurance**
P.O. Box 70251
Philadelphia, PA 19176-0251

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Polar Beverages Corporation**
1001 Southbridge St
Worcester, MA 01610

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,753.00 |
|---|---|---|---|

**PR II Regions Plaza LLC**
1180 West Peachtree St
Ste 500
Atlanta, GA 30309

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,240.00 |
|---|---|---|---|

**PR Newswire Association**
G.P.O. Box 5897
New York, NY 10087-5897

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97,521.00** |
|---|---|---|---|

**Providence Plaza Charlotte LLC**
**Attn: Asset Mgmt**
**222 Central Park Ave, Ste 2100**
**Virginia Beach, VA 23462**

Date(s) debt was incurred  **2/16/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$873.00** |
|---|---|---|---|

**PSEG Long Island**
**PO Box 9050**
**Hicksville, NY 11802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156,326.00** |
|---|---|---|---|

**Purdy Partners 1919, LLC**
**c/o SRC Properties**
**230 Fifth Street**
**Miami Beach, FL 33139**

Date(s) debt was incurred  **3/10/2011**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Rachele M Pojednic**
**39 Pearl Street**
**Apt #3**
**Charlestown, MA 02129**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Competition Winner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.99** |
|---|---|---|---|

**Rachelle Eldridge**
**Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117,671.00** |
|---|---|---|---|

**Rad Furniture LLC**
**2405 Forney St**
**Los Angeles, CA 90031**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,208.88** |
|---|---|---|---|

**Ranier Lopez**
**Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,050.00** |
| --- | --- | --- | --- |
| | **Raze Services Inc**<br>**324 Moore Ave Bldg**<br>**Apt 7**<br>**Suffolk, VA 23434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,316.00** |
| --- | --- | --- | --- |
| | **Recycle Track Systems, Inc.**<br>**P.O. Box 412782**<br>**Boston, MA 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$817.00** |
| --- | --- | --- | --- |
| | **Redblue Inc**<br>**1416 Center Park Dr**<br>**Charlotte, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
| --- | --- | --- | --- |
| | **RF Window Services**<br>**145-44 116th Avenue**<br>**Jamaica, NY 11436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,458.00** |
| --- | --- | --- | --- |
| | **RingCentral Inc**<br>**20 Davis Dr**<br>**Belmont, CA 94002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,495.00** |
| --- | --- | --- | --- |
| | **RK Mechanical, Inc. a Colorado Corporati**<br>**3800 Xanthla Street**<br>**Denver, CO 80238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,426.00** |
| --- | --- | --- | --- |
| | **Rockbot, Inc**<br>**1308 Broadway**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$269,382.00** |
|---|---|---|---|

**Roseland/Stempel 21st St Assoc**
**c/o Roseland Property Co.**
**150 John F. Kennedy Pkwy, 5 fl**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2010**

**Basis for the claim:**  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,550.00** |
|---|---|---|---|

**RSM Maintenance**
**461 From Road**
**Suite 255**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,781.00** |
|---|---|---|---|

**Run Rite Mechanical Corp.**
**113A 13th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$457,814.00** |
|---|---|---|---|

**S&P Yard, Inc**
**25 Broadway**
**FL 2**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,873.00** |
|---|---|---|---|

**Sailthru, Inc**
**160 Varick St**
**12th Fl**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,072.00** |
|---|---|---|---|

**Salesforce.com, Inc**
**P.O. Box 203141**
**Dallas, TX 75320-3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.65** |
|---|---|---|---|

**Samantha Mueller**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,130.00 |
|-------|---|---|---|

**Scan Sound**
265 S. Federal Highway
Suite 163
Dearfield Beach, FL 33441-4146

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,773.00 |
|-------|---|---|---|

**ServiceChannel.com; Inc**
PO Box 419223
Boston, MA 02241-9223

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,410.00 |
|-------|---|---|---|

**SESAC**
55 Music Square East
Nashville, TN 37203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IP Licensor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|-------|---|---|---|

**SET Artist Management LLC**
31 W 34th St
7th Fl
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,581.00 |
|-------|---|---|---|

**SHI International Corp**
P.O. Box 952121
Dallas, TX 75395

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,144.00 |
|-------|---|---|---|

**Solar Protection Inc**
73-01 32nd Avenue
Flushing, NY 11370

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.00 |
|-------|---|---|---|

**Spectrotel**
PO Box 1949
Newark, NJ 07101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Stephen McFadden**
**3029 West Pl.**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,075.00 |

**Stern Environmental Group, LLC**
**30 Seaview Drive**
**Seacaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Suez Water Westchester District**
**3229 Tibbett Avenue**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Summit Window Cleaning**
**PO Box 1458**
**Union County, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.84 |

**Sydney Sabean**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,832.00 |

**Tableau Software, Inc.**
**P.O. Box 204021**
**Dallas, TX 75320-4021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |

**Tawsif Ahmed**
**14303 101 Avenue**
**2nd Floor**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
| | **Teco Peoples Gas**<br>P.O. Box 31017<br>Tampa, FL 33631-3017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,544.00** |
| | **Telemetrics Inc**<br>75 Commerce Drive<br>Allendale, NJ 07401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.00** |
| | **Terminix Processing Center**<br>209 North Center Drive<br>North Brunswick, NJ 08902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,956.00** |
| | **The American Bottling Company**<br>21431 Network Pl<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,138.00** |
| | **The Dacus Firm, P.C.**<br>821 Ese Loop 323<br>Suite 430<br>Tyler, TX 75701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lawyer / Advisor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,175.00** |
| | **The Execu\|Search Group LLC**<br>675 3rd Ave<br>5th Fl<br>New York, NY 10017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.00** |
| | **The FruitGuys LLC**<br>490 Eccles Avenue<br>S. San Francisco, CA 94080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**The Pest Authority Inc**
PO Box 220704
Charlotte, NC 28222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,232.00 |
|---|---|---|---|

**ThyssenKrupp Elevator Corporation**
PO Box 933004
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873.00 |
|---|---|---|---|

**Time Warner Cable**
P.O. Box 70872
Charlotte, NC 28272-0872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**Time Warner Cable**
P.O. Box 11820
Newark, NJ 07101-8120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.08 |
|---|---|---|---|

**Todd Allen**
Redacted

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,048.70 |
|---|---|---|---|

**Travis Frenzel**
Redacted

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,097.00 |
|---|---|---|---|

**Treasure Island Storage**
2325 Hollers Ave
Bronx, NY 10475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Storage**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.00 |
|---|---|---|---|

**True Commerce, Inc**
**90 S Cascade Ave**
**Ste 1200**
**Colo. Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,546.00 |
|---|---|---|---|

**Turner PR**
**4030 Easton Station**
**Ste 300**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662,393.00 |
|---|---|---|---|

**Twenty Three R.P. Associates**
**c/o Adams & Co Real Estate**
**411 Fifth Avenue, 9th Fl.**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/1/2015__

Last 4 digits of account number __

Basis for the claim:  __Lease__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,329.00 |
|---|---|---|---|

**Tyco Integrated Security LLC**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.00 |
|---|---|---|---|

**U Street Park America, LLC**
**PO Box 37754**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.00 |
|---|---|---|---|

**U.S. Coffee**
**51 Alpha Plaza**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,002.00 |
|---|---|---|---|

**Unifirst Corporation**
**P.O. Box 911526**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
| --- | --- | --- | --- |
| | **USI Advisors Inc**<br>**95 Glastonbury Blvd**<br>**Ste 102**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Consultant__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.62** |
| --- | --- | --- | --- |
| | **Valentina Gil**<br>**Redacted** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Wages__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.84** |
| --- | --- | --- | --- |
| | **Valentina Marin**<br>**Redacted** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Wages__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$773.00** |
| --- | --- | --- | --- |
| | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Utilities__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$164.00** |
| --- | --- | --- | --- |
| | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Utilities__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,648.00** |
| --- | --- | --- | --- |
| | **Vero Water Group LLC**<br>**1680 Michigan Ave**<br>**PH7**<br>**Miami Beach, FL 33139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,762.00** |
| --- | --- | --- | --- |
| | **W.B. Mason**<br>**P.O. Box 981101**<br>**Boston, MA 02298-1101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$848.00** |
|---|---|---|---|

**Waste Connections Of Florida**
**3840 NW 37th Ct**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**William Vitacco Associates, Ltd**
**299 Broadway**
**5th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,701.00** |
|---|---|---|---|

**Willow Bend Market**
**P.O. Box 660394**
**Dallas, TX 75266-0394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,636.00** |
|---|---|---|---|

**Wilson Sonsini Goodrich & Rosati**
**650 Page Mill Rd**
**Palo Alto, CA 94304-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawyer / Advisor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,312.00** |
|---|---|---|---|

**Xcel Energy AutoPay**
**PO Box 59**
**Minneapolis, MN 55440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,291.00** |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,283.00** |
|---|---|---|---|

**XPO Last Mile, Inc**
**6314 Fly Road**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,063.00 |
|---|---|---|---|

**Zendesk Inc**
**1019 Market Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Zero In Media, Inc**
**PO Box 9019**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **1151 Third Avenue LLC**<br>**c/o Acadia Rlty Trust-PropMgmt**<br>**1311 Mamaroneck Ave, Suite 260**<br>**White Plains, NY 10605** | Line **3.1**<br>☐ Not listed. Explain _____ | __ |
| 4.2 | **Beacon Broadway Co. LLC**<br>**c/o Hotel Beacon - T. Travers**<br>**2130 Broadway, Suite 201**<br>**New York, NY 10023** | Line **3.36**<br>☐ Not listed. Explain _____ | __ |
| 4.3 | **Beacway Operating, LLC**<br>**2130 Broadway**<br>**New York, NY 10023** | Line **3.36**<br>☐ Not listed. Explain _____ | __ |
| 4.4 | **Belkin Burden Wnig & Goldman**<br>**270 Madison Ave., 5th Fl.**<br>**Attn: Howard Wenig**<br>**New York, NY 10016** | Line **3.36**<br>☐ Not listed. Explain _____ | __ |
| 4.5 | **Brandywine Construction & Mgmt**<br>**Attn:Mark Berman**<br>**1521 Locust St., Suite 400**<br>**Philadelphia, PA 19102** | Line **3.9**<br>☐ Not listed. Explain _____ | __ |
| 4.6 | **Brookfield RE Financial Prtnrs**<br>**Attn: Sr. VP**<br>**200 Vesey Street, 11th Fl.**<br>**New York, NY 10281-1021** | Line **3.212**<br>☐ Not listed. Explain _____ | __ |
| 4.7 | **DLA Piper LLP**<br>**Attn: Edward S. Goldman**<br>**203 N. LaSalle Street**<br>**Chicago, IL 60601** | Line **3.212**<br>☐ Not listed. Explain _____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **FHI 360**<br>**Attn: Robert Mohar**<br>**359 Blackwell St**<br>**Durham, NC 27701** | Line **3.109**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Goulston & Storrs, P.C.**<br>**Attn: Prudential**<br>**400 Atlantic Avenue**<br>**Boston, MA 02110-3333** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Henry J. Donner, Esq.**<br>**Jacoby Donner, P.C.**<br>**1700 Market Street, Suite 3100**<br>**Philadelphia, PA 19103** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Herrick Feinstein LLP**<br>**2 Park Avenue**<br>**Attn: Carol Goodman**<br>**New York, NY 10016** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Lewis Wiseman**<br>**873 Culebra Road**<br>**Hillsborough, CA 94010** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **McDermott Will & Emery LLP**<br>**Attn: William Stempel**<br>**340 Madison Avenue**<br>**New York, NY 10173** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Pearson Properties - Cainhoy 1**<br>**Attn: Property Manager**<br>**8200 Roberts Dr., Suite 600**<br>**Atlanta, GA 30350** | Line **3.232**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Wallace Properties**<br>**Attn: General Counsel**<br>**525 Market Street, 4th Floor**<br>**San Francisco, CA 94105** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **York Properties**<br>**1901 Cameron Street**<br>**Raleigh, NC 27605** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 23,300.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 13,847,242.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 13,870,542.93 |

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **201 East 67th Street, New York, NY 10065 (Studio Lease)** | |
| | State the term remaining | **3/27/2024** | **1151 Third Avenue LLC** |
| | List the contract number of any government contract | | **1311 Mamaroneck Ave, Suite 260 White Plains, NY 10605** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **150 Amsterdam Avenue New York, NY 10023 (Studio Lease)** | |
| | State the term remaining | **4/18/2023** | **150 Amsterdam Avenue Holdings** |
| | List the contract number of any government contract | | **600 Lexington Avenue, 14th Fl. New York, NY 10022** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1653 North Wells Street, Chicago, IL 60614 (Studio Lease)** | |
| | State the term remaining | **4/15/2023** | **1647 Wells LLC c/o Donald Goldstein** |
| | List the contract number of any government contract | | **1653 North Wells Street Chicago, IL 60614** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **245 West 17th Street, New York, NY 10011 (Studio Lease)** | |
| | State the term remaining | **10/9/2023** | **245 West 17th St Prop Investor c/o savanna RE Fund - K. Hoo** |
| | List the contract number of any government contract | | **10 East 53rd St, 37th Fl New York, NY 10022** |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **203 East 60th St, New York, NY 10022 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **2/28/2024** | **3rd & 60th Associates LP c/o Olshan Prop - Lease Admin 5500 New Albany Road East New Albany, OH 43054** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **ABKCO Music, Inc. 85 Fifth Avenue New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1521 Locust Street, Philadelphia, PA 19102 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **1/31/2023** | **ADR 1521 Locust, L.P. Attn: Allan Domb 1845 Walnut St., Suite 2200 Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **American Society of Composers 1900 Broadway New York, NY 10023** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **4/2021** | **Aramark Uniform Services 115 North First Street Burbank, CA 91502** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2130 Broadway, New York, NY 10023 (Studio License Agmt/Lease)** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **Beacon Operating LLC 2130 Broadway New York, NY 10023** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

<table>
<tr><td colspan="2">■ **Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Logistics and Services Agmt, Storage Lease** | |
|---|---|---|---|
| | State the term remaining | | **Bergen Shippers Corp** |
| | List the contract number of any government contract | | **5903 West Side Avenue** |
| | | | **North Bergen, NJ 07047** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bigart Ecosystems (Wisetail)** |
| | List the contract number of any government contract | | **212 S Wallace** |
| | | | **Ste B2** |
| | | | **Bozeman, MT 59715** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Black River Entertainment LLC** |
| | List the contract number of any government contract | | **12 Music Circle South** |
| | | | **Nashville, TN 37203** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **BMG Rights Mgmt (US) LLC** |
| | List the contract number of any government contract | | **1745 Broadway** |
| | | | **19th fl** |
| | | | **New York, NY 10019** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **800 Boylston Street, Boston, MA 02199 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **2/23/2023** | |
| | List the contract number of any government contract | | **BP Prucenter Acquisition LLC** |
| | | | **800 Boylston Street, Ste 1900** |
| | | | **Boston, MA 02199-8103** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | **Broadcast Music Inc.** |
|---|---|---|---|
| | | | **7 World Trade Center** |
| | | | **250 Greenwich St** |
| | | | **New York, NY 10007** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract    _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Employee Assistance Program Services** | |
|---|---|---|---|
| | State the term remaining | | **Cigna Behaviorial Health Inc.** |
| | List the contract number of any government contract    _____ | | **P.O. Box 1450 NW 7307** **Minneapolis, MN 55485** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Group Medical Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Cigna Health and Life Ins. Co.** |
| | List the contract number of any government contract    _____ | | **PO Box 644546** **Pittsburgh, PA 15264-4546** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Group Dental Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Cigna Health and Life Ins. Co.** |
| | List the contract number of any government contract    _____ | | **PO Box 644546** **Pittsburgh, PA 15264-4546** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Group Dental and Vision Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Cigna Health and Life Ins. Co.** |
| | List the contract number of any government contract    _____ | | **PO Box 644546** **Pittsburgh, PA 15264-4546** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **3/2021** | **Cisco** **170 West Tasman Drive** |
| | List the contract number of any government contract    _____ | | **Mailstop SJ-13/3** **San Jose, CA 95134** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Concord Music Group, Inc.**<br>**100 N. Crescent Dr**<br>**Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **402 Oberlin Road, #104, Raleigh, NC 27605 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **12/3/2022** | **Crescent Cameron Venture 1 LLC**<br>**Attn:Cameron Vill. Prop. Mngr.**<br>**227 W. Trade St., Ste. 1000**<br>**Charlotte, NC 28202** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **1180 W Peachtree St NW #106 Atlanta, GA 30309 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **8/8/2023** | **CRT ACP, LLC**<br>**1180 West Peachtree St. NW**<br>**Suite 2250, Attn: prop. mngr.**<br>**Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **CuTique LLC**<br>**134 Breeley Blvd.**<br>**Melville, NY 11747** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Security System Lease/Service Agmt - Park Avenue S.** | |
|---|---|---|---|
| | State the term remaining | **6/21/2026** | **DGA Security Systems, Inc.**<br>**429 West 53rd Street**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Downton Music Publishing LLC**<br>**485 Broadway, 3rd Fl**<br>**New York, NY 10013** |
| | List the contract number of any | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement** | |
|---|---|---|---|
| | State the term remaining | 10/2020 | **Elmsford Elite Laundry**<br>**399A Executive Blvd**<br>**Elmsford, NY 10523** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **1875 Connecticut Avenue NW, Washington, DC 20009 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | 7/31/2021 | **Family Health International**<br>**Attn: Christy McFall**<br>**1825 Connecticut Avenue NW**<br>**Washington, DC 20009** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **415 Greenwich St., New York, NY 10013 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | 8/7/2023 | **Flywheel 415 Greenwich LLC**<br>**263 13th Ave. South, Suite 340**<br>**Saint Petersburg, FL 33701** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Global Music Rights, LLC**<br>**1100 Glendon Avenue**<br>**Ste. 2000**<br>**Los Angeles, CA 90024** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **65 Montauk Highway, Suite C, East Hampton, NY 11937 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | | **Hardscrabble Commons LLC**<br>**65 Montauk Highway, Suite A**<br>**East Hampton, NY 11937** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **826 Scarsdale Avenue, Scarsdale, NY 10583 (Studio Lease)** | **Holly Management Corp.**<br>**12 Frontage Street**<br>**Elmsford, NY 10523** |
|---|---|---|---|

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 7/31/2022 | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Software License Agmt | |
| | State the term remaining | 9/30/2020 | HotSchedules<br>3440 Preston Ridge Rd<br>Alpharetta, GA 30005 |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Design & Manufacturing Agmt | |
| | State the term remaining | | Indoor Cycling Group GmbH<br>9525 Bryn Mawr Ave<br>Rosemont, IL 60018 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Music Licensing Agmt | |
| | State the term remaining | 12/31/2021 | Kobalt Music PublishingAmerica<br>220 W. 42nd St.<br>11th fl<br>New York, NY 10036 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Amenities Agreement | |
| | State the term remaining | 7/2021 | Malin + Goetz Inc.<br>330 7th Avenue<br>New York, NY 10001 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Music Licensing Agmt | |
| | State the term remaining | | MediaNet, Inc.<br>2401 Elliott Ave<br>Ste 300<br>Seattle, WA 98121 |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Memory Lane Music Group**<br>**434 West 33rd St**<br>**New York, NY 10001** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **351 Millburn Avenue, Millburn, NJ 07041 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **1/31/2024** | |
| | List the contract number of any government contract | | **Needar LLC**<br>**c/o Nalitt**<br>**75 Main Street, Suite 202**<br>**Millburn, NJ 07041** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **710 N State St, Chicago, IL 60654 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | |
| | List the contract number of any government contract | | **One Superior Owner LLC**<br>**c/o Riverstone Residental OSP**<br>**1 W. Superior St.**<br>**Chicago, IL 60654** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Netsuite Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oracle America, Inc.**<br>**500 Oracle Parkway**<br>**Redwood City, CA 94065** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **2/2021** | |
| | List the contract number of any government contract | | **PagerDuty**<br>**Dept. 3817**<br>**PO Box 123817**<br>**Dallas, TX 75312** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **2907 Providence Road, Suites 103 and 104, Charlotte, NC 28211 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **9/30/2028** | **Providence Plaza Charlotte**<br>**Attn: Asset Manager**<br>**222 Central Park Ave, Suite 20**<br>**Virginia Beach, VA 23462** |
| | List the contract number of any | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Pulse Publishing Admin. 16130 Ventura Blvd., Ste 310 Encino, CA 91436** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **1919 Purdy Avenue, Miami Beach, FL 33139 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **6/10/2021** | **Purdy Partners 1919, LLC c/o SRC Properties 230 Fifth Street Miami Beach, FL 33139** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Logistics and Distribution Agmt** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Raze Services, Inc. 324 Moore Ave Bldg 7 Suffolk, VA 23434** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Reservoir Media Mgmt, Inc. 225 Varick St., 6th Fl. New York, NY 10014** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **39 W 21st St, New York, NY 10010 (Studio Lease)** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **Roseland/Stempel 21st St Assoc c/o Roseland Property Co 150 John F. Kennedy Pkwy, 5 fl Short Hills, NJ 07078** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | **Round Hill Music LP 650 Fifth Ave. New York, NY 10019** |
|---|---|---|---|

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/14/2020** | **Salesforce** **415 Mission Street, 3rd fl** **San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **SESAC LLC** **35 Music Square East** **Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Sony Music Entertainment** **25 Madison Avenue** **New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **Sony/ATV Music Publishing, LLC** **25 Madison, 22nd fl.** **New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | **11/16/2020** | **Spirit Music Group, Inc.** **235 W. 23rd St., 5th fl** **New York, NY 10011** |
| | List the contract number of any government contract | | |

First Name                 Middle Name                Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Lease** | |
|---|---|---|---|
| | State the term remaining | | **Treasure Island Management LLC** |
| | List the contract number of any government contract | | **2325 Hollers Ave** |
| | | | **Bronx, NY 10475** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **53-7 West 23rd Street, New York, NY 10010 (Corporate HQ Lease)** | |
|---|---|---|---|
| | State the term remaining | **3/31/2030** | **Twenty Three R.P. Associates** |
| | List the contract number of any government contract | | **c/o Adams & Co Real Estate** |
| | | | **411 Fifth Avenue, 9th Fl.** |
| | | | **New York, NY 10016** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Ultra Int'l Music Publishing** |
| | List the contract number of any government contract | | **235 West 23rd St., 6th fl.** |
| | | | **New York, NY 10011** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Universal Music Corp** |
| | List the contract number of any government contract | | **7475 Collections Center Dr** |
| | | | **Chicago, IL 60693** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Purchasing Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/30/2020** | **WB Mason** |
| | List the contract number of any government contract | | **59 Centre Street** |
| | | | **Brockton, MA 02301** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Music Licensing Agmt** | |
|---|---|---|---|
| | State the term remaining | | **Word & Music** |
| | List the contract number of any | | **PO Box 120667** |
| | | | **Nashville, TN 37212** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Printer Equipment Lease - Primelink 9065** | |
|---|---|---|---|
| | State the term remaining | **12/2024** | **Xerox Financial Services LLC** |
| | List the contract number of any government contract | | **201 Merritt 7** **Norwalk, CT 06851** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/3/2020** | **Zendesk** |
| | List the contract number of any government contract | | **1019 Market Street** **San Francisco, CA 94103** |

Debtor name     **Flywheel Sports, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     **20-12158**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Flywheel Astor Place LLC** | **53 West 23rd Street, 9th Fl. New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Flywheel Buckhead LLC** | **53 West 23rd Street, 9th Fl. New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Flywheel CCDC, LLC** | **53 West 23rd Street, 9th Fl. New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Flywheel Denver Union Station** | **53 West 23rd Street, 9th Fl. New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Flywheel Domain LLC** | **53 West 23rd Street, 9th Fl. New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**■** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Flywheel NM LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Flywheel Park Avenue LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Flywheel Playa Vista, LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Flywheel San Francisco, LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **Flywheel Santa Monica, LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **Flywheel Sports Parent, Inc.** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **Flywheel Sports Scottsdale LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Flywheel Topanga, LLC** | 53 West 23rd Street, 9th Fl. <br> New York, NY 10010 | **Cortland Capital Market Svcs.** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.14 | **Flywheel Walnut Creek LLC** | **53 West 23rd Street, 9th Fl.** <br> **New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **Flywheel Williamsburg LLC** | **53 West 23rd Street, 9th Fl.** <br> **New York, NY 10010** | **Cortland Capital Market Svcs.** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |