**Tese & Milner**
**Attorneys for Angela Tese-Milner, Chapter 7 Trustee**
**P.O. Box 35**
**Mattituck, New York 11952**
**(212) 475-3673**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――X
In re:

    Flywheel Sports, LLC                    Case No. 20-12158 (JPM)
                                                            Chapter 7 Case

                        Debtor.

―――――――――――――――――――X

## AFFIRMATION
## OF UNCASHED DIVIDENDS

        Angela Tese-Milner, Chapter 7 Trustee of the estate of Flywheel Sports, LLC, certifies that on or about 4/19/24 she mailed out the following checks:

| Check No. | Payee | Address | Amount |
|---|---|---|---|
| 2143 | Property Investors II, LLC | c/o David Todd | $101,343.31 |
|  | (Claim Nos. 112, 113) | 245 West 17 Street N Y, NY 10010 | 527.94 |
| 2153 | Samantha Mueller | 746 Saint Nicholas Ave, N Y, NY 10031 |  |
| 2190 | Logomotion Corp | Attn: Stacey Lewis 265 East New York, NY | 815.48 |
| 2195 | CAB assignee of | 14226 Ventura Blvd., Sherman Oak, CA 91423 | 5.73 |
|  | J & B Importers Inc. |  |  |
| 2201 | Big Mirror Labs LLC | c/o Adam Linkner 126 S.Main St. Ann Arbor, MI 48104 | 2,009.97 |
| 2206 | Set Artist Management LLC | 31 W 34th St 7th F New York, NY 10001 | 147.79 |
| 2209 | Zero In Media, Inc | P.O. Box 9019 Hicksville, NY 1180 | 204.12 |
| 2227 | Briscoe Protective Systems, Inc. | 99 Mark Tree Rd, Ste 201 Centereach NY | 50.45 |
| 2229 | Meritus Intelytics Private Ltd. | Gutenberg IT Park Kondapur 2nd fl. | 1,406.41 |
|  |  | Hyderabad, 500084 India |  |
| 2214 | Kapnag Heating & Plumbing Corp | Attn: Marylou Paolucci | 359.24 |
|  |  | Smithtown, Ny 11787 |  |
| 2230 | Cy-Tech GmbH | 9525 W. Bryn Mawr Rosemont, IL 60018 | 48,516.10 |
| 2140 | 1151 Third Avenue | Robinson Brog Robinson Brog | 97,452.17 |
|  | (Claim Nos. 95.96) | c/o Fred Ringel 1151 Third Ave, NY NY 10022 |  |
| 2157 | Amanda Lowe | 216 E 118th St, Apt 2A, New York, NY 10035 | 1,879.64 |
| 2164 | Cigna | { Legal Compliance Lead Analyst | 75,000.00 |
| 2225 | Cigna | { 900 Cottage Grove Road, B6lpa, Hartford, Ct 06152 | 1,606.53 |
| 2180 | Fulton County Tax Com. | 141 Pryor St SW 1, Atlanta, GA 30303 | 26,269.98 |
| 2187 | Jordan Bornstein | 338 W 19th Street New York, NY 10011 | 9.27 |
| 2197 | Hoffmann Marshall Strong LLP | 116 W 23rd St, Ste New York, NY 10011 | 793.16 |

2

| | | | |
|---|---|---|---:|
| 2202 | Karen Meenaghan | 315 East 68th Street N Y, NY  10065 | 6.92 |
| 2210 | Brite Building Services Inc | Jamie Andrew Schre NY, NY 10001 | 251.82 |
| 2228 | ADR 1521 Locust, L.P. | 1835 Walnut Street, Suite 2200, Ph., PA  19103 | 1,504.74 |
| 2238 | UniFirst Corporation | c/o Duriya Dhin 75 E Market St Akron, OH | 537.62 |
| 2240 | Rad Furniture LLC | 2405 Forney St Los Angeles Ca. 90031 | 1,932.31 |
| 2258 | Huntington Bay Realty LLC | 920 Broadway NY, NY  10010 | 10,056.07 |

**TOTAL** **$372,686.77**

and that said checks remain uncashed, and that on or about August 9, 2024 she requested stop payments of said checks, which were successful.

The Trustee hereby submits a check in the amount of $372,686.77 to the Clerk of the U.S. Bankruptcy Court, S.D.N.Y.

Dated: Mattituck, New York
       August 17, 2024                    /s/ Angela Tese-Milner, Esq.
                                          Angela Tese-Milner, Esq.